UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V., and<br><br>GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,<br>for an Order Pursuant to 28 U.S.C. § 1782<br>To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 24-MC-0435 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 1, 2024, petitioners TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V. ("TRESE") and its bankruptcy trustee, GRUPO EMPRESARIAL ANACAR, S.A. de C.V. ("ANCAR"), (collectively "Petitioners"), filed a petition under 28 U.S.C. § 1782 for the issuance of document and deposition subpoenas to the Bank of New York Mellon ("BNYM"), Alvarez & Marsal, and United Overseas Bank New York Agency ("UOB NY") (collectively "Respondents"), related to ongoing bankruptcy litigation in Mexico. (ECF 1.) On October 21, 2025, the petition was assigned to the Honorable Jennifer H. Rearden, who referred the matter to me. (ECF 6.)

Petitioners are directed to serve Respondents with the petition, all supporting papers, and a copy of this Order by **November 4, 2025**, and to file proof of such service on the docket on the same day. Respondents' response to Petitioners' petition, if any, is due **November 18, 2025**. Petitioners' reply, if any, is due **December 2, 2025**. SO ORDERED.

DATED:  October 22, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge