UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V., and<br><br>GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,<br>for an Order Pursuant to 28 U.S.C. § 1782<br>To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 25-MC-0435 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The motion for reconsideration of my decision requiring service (ECF 8) is **DENIED**. In my experience, service expedites rather than delays proceedings under Section 1782. In light of the concerns about timing, respondents shall have until **November 14, 2025** to respond; Petitioners shall have until **November 18, 2025** to reply, and I will require no further briefing.

    Petitioners are directed to serve Respondents with the petition, all supporting papers, and a copy of this Order by **November 4, 2025**, and to file proof of such service on the docket on the same day.

    The Clerk of Court is respectfully requested to terminate ECF 8.

DATED: October 31, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge