UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V., and<br><br>GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,<br>for an Order Pursuant to 28 U.S.C. § 1782<br>To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 25-MC-0435 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Petitioners' reply or replies, if any, in further support of their Application for discovery pursuant to Section 1782 from Respondents Alvarez & Marsal Holdings, LLC and Bank of New York Mellon Corp. shall be filed on or before **December 15, 2025.**

DATED:  December 5, 2025
            New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge