UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V., and<br><br>GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,<br>for an Order Pursuant to 28 U.S.C. § 1782<br>To Take Discovery for Use in Foreign Proceedings<br><br>Defendants. | 25-MC-0435 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is an application pursuant to Section 1782 for discovery of, among other entities, United Overseas Bank New York Agency ("UOB-NYA"), in connection with certain foreign proceedings. (ECF 1.) UOB-NYA has opposed the application. (ECF 18, 19, 20, 21.) Petitioners have filed a reply in further support of their application for discovery from UOB-NYA. (ECF 23.) In support of their application, Petitioners cite *In re del Valle Ruiz*, 939 F.3d 520 (2d Cir. 2019) for the proposition that "[Section] 1782's 'resides or is found' language extends to the limits of personal jurisdiction consistent with due process." (ECF 4, Pets.' Mem. at 12.) Petitioners go on to assert that "[e]vidence that a respondent is headquartered in the Southern District of New York is sufficient to establish general personal jurisdiction over that respondent." (*Id.*) From these principles, Petitioners conclude that UOB-NYA is found within this District for purposes of Section 1782. (*See id.*) However, Petitioners' only support for the proposition that UOB-NYA is headquartered in this District is the statement that UOB-NYA "is a New York affiliate of Singaporean bank UOB. It is located at the UOB building, 592 5th Ave #10, New York, NY 10036." (*Id.* at 13.) Petitioners are **ORDERD** by **January 12, 2026** to file a letter on

the docket explaining the basis for their position that UOB-NYA is an entity that is

headquartered in this District or any other basis for concluding that UOB-NYA meets the test for

residing in or being found in this District set forth in *del Valle.* Such letter shall address the legal

status of UOB-NYA. UOB-NYA shall have until **January 16, 2026** to file a response, if any, to

Petitioners' anticipated submission.

SO ORDERED.

DATED:  January 6, 2026
          New York, NY

**ROBYN F. TARNOFSKY**
United States Magistrate Judge