UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE EX PARTE APPLICATION OF TECNOLOGIAS
RELACIONADAS CON ENERGIA Y SERVICIOS
ESPECIALIZADOS, S.A. DE C.V., and

GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,
for an Order Pursuant to 28 U.S.C. § 1782
To Take Discovery for Use in Foreign Proceedings

Defendants.

25-MC-0435 (JPO) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Petitioners and BNYM are **ORDERED** to meet and confer for at least an hour by **February 9, 2026** on the scope of the documents sought by Petitioners. In preparation for that conference, BNYM is ordered to have concrete information about the burden associated with producing the discovery sought.

If the parties are unable to resolve their dispute, I will hold a discovery conference on **February 11, 2026 at 11:00AM**. BNYM and Petitioners shall submit a joint letter by **February 10, 2026** advising the Court whether they have resolved their discover dispute. If they have not resolved their dispute, the parties shall explain their respective positions on the appropriate scope of discovery. BNYM shall include concrete information on any burden they claim in producing the discovery sought. Counsel for Petitioners and for BNYM are required to attend. Counsel for UOBNYA and A&M are invited but not required to attend. Counsel are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 244 914 0#.**

DATED:  February 2, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge