UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE EX PARTE APPLICATION OF TECNOLOGIAS
RELACIONADAS CON ENERGIA Y SERVICIOS
ESPECIALIZADOS, S.A. DE C.V., and

GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,
for an Order Pursuant to 28 U.S.C. § 1782
To Take Discovery for Use in Foreign Proceedings

Defendants.

25-MC-0435 (JPO) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on February 11, 2026, Petitioners and BNYM shall meet and confer further on the scope of BNYM's production in response to the subpoenas. In particular, once the parties have entered into a confidentiality stipulation, BNYM will produce a spreadsheet reflecting relevant transactions, and Petitioners may request production of "due diligence information" relating to those transactions; and, Petitioners may thereafter request additional entity-specific due diligence information. If Petitioners and BNYM are unable to resolve issues relating to production of due diligence information, they may raise the issue with the Court, and BNYM should be prepared to address the burden of the requested production. As to communications regarding wire transfers, BNYM will search for response documents.

DATED:  February 11, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge