UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TECNOLOGIAS RELACIONADAS con ENERGIA y SERVICIOS ESPECIALIZADOS, S.A. De C.V., et al., Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings. | 25-MC-435 (JPO) ORDER ADOPTING REPORT AND RECOMMENDATION |

J. PAUL OETKEN, District Judge:

On October 1, 2025, Petitioners Tecnologias Relacionadas con Energia y Servicios Especializados, S.A. de C.V. ("TRESE") and its bankruptcy trustee, Grupo Empresarial Anacar, S.A. de C.V., submitted an *ex parte* application pursuant to 28 U.S.C. § 1782 seeking an order authorizing them to serve subpoenas on Respondents United Overseas Bank New York Agency ("UOB-NYA"), Bank of New York Mellon Corp. ("BNYM"), and Alvarez & Marsal Holdings, LLC ("A&M").  (ECF No. 1.)  On October 21, 2025, the case was referred to Magistrate Judge Robyn F. Tarnofsky for general pretrial and dispositive motions, meaning all motions requiring a Report and Recommendation ("R&R").  (ECF No. 6.)  On January 28, 2026, Judge Tarnofsky issued an R&R recommending that the application seeking discovery from A&M be denied without prejudice to Petitioners' filing a renewed application.  (ECF No. 45.)  Objections to that R&R were due February 11, 2026, and no objections were filed.  On February 9, 2026, Judge Tarnofsky issued an amended R&R recommending that the application seeking discovery from BNYM be granted.  (ECF No. 50.)  Objections to that R&R were due February 23, 2026, and no objections were filed.

Because no party filed a timely objection to either R&R, the Court reviews both R&Rs for clear error.  *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely

1

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008) (summary order).  Having done so, the Court determines that Judge Tarnofsky's well-reasoned R&Rs present no errors, clear or otherwise.

Accordingly, the R&Rs at Docket Numbers 45 and 50 are ADOPTED.  Petitioner's application is DENIED as to A&M without prejudice to submission of a renewed application addressing the deficiencies identified in Judge Tarnofsky's R&R at Docket Number 45. Petitioners' application is GRANTED as to BNYM, as limited to documents relating to the seven accounts for which BNYM has identified financial records, including communications with the non-BNYM account holders.  If BNYM finds in the course of responding to the subpoenas that the burdens are undue, based on a high number of documents responsive to a particular request that need to be reviewed or any other reason, BNYM may seek relief from the Court if necessary after meeting and conferring with Petitioners.

SO ORDERED.

Dated: March 18, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2