UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE EX PARTE APPLICATION OF TECNOLOGIAS
RELACIONADAS CON ENERGIA Y SERVICIOS
ESPECIALIZADOS, S.A. DE C.V., and

GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,
for an Order Pursuant to 28 U.S.C. § 1782
To Take Discovery for Use in Foreign Proceedings

Defendants.

25-MC-0435 (JPO) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is BNY's letter motion for a discovery conference (ECF 63) and a motion for a protective order or to quash TRESE's subpoenas (ECF 64). As discussed at the conference held on May 22, 2026, the parties are ordered to meet and confer further and to submit a joint letter by **May 29, 2026** indicating whether they have resolved their disputes and if not their positions on the issues on which they have reached an impasse. As I indicated at the conference, to the extent that BNY takes the position that any of the requested discovery would present an undue burden, it should make a properly supported request for cost shifting.

DATED:  May 22, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge