UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE EX PARTE APPLICATION OF TECNOLOGIAS
RELACIONADAS CON ENERGIA Y SERVICIOS
ESPECIALIZADOS, S.A. DE C.V., and

GRUPO EMPRESARIAL ANCAR, S.A. de C.V., Petitioners,
for an Order Pursuant to 28 U.S.C. § 1782
To Take Discovery for Use in Foreign Proceedings

Defendants.

25-MC-0435 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference on **Thursday, June 25, 2026 at 10:00 AM**. The parties should be prepared to discuss the joint letter at ECF 77. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 963 274 28#.**

DATED:  June 15, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge