UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF TECNOLOGIAS RELACIONADAS CON ENERGIA Y SERVICIOS ESPECIALIZADOS, S.A. DE C.V., and<br>GRUPO EMPRESARIAL ANCAR, S.A. de C.V.,<br>Applicants, for an Order Pursuant to 28 U.S.C. § 1782 To Take Discovery for Use in Foreign Proceedings | 25-MC-00435 (JPO) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on July 17, 2026:

1. BNYM shall provide TRESE with a cost estimate for producing due diligence materials and then TRESE and BNYM shall meet and confer further on the appropriate scope of BNYM's production of such materials; the meet and confer on this topic shall occur by **August 10, 2026.**
2. BNYM shall not be required to provide a cost estimate for producing SWIFT documents on a "quick peek" basis; the case law does not support requiring production in that manner from a third party over the third party's objection. TRESE and BNYM shall by **August 10, 2026** meet and confer further on the appropriate scope of BNYM's production of SWIFT documents.
3. BNYM's deadline to provide its affidavit is **August 10, 2026**.

DATED: July 30, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**